# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRIPOINT COMMUNICATIONS LTD.<br><br>                              Plaintiff,<br><br>v.<br><br>CHARGE ANYWHERE, LLC, et al.,<br><br>                              Defendants. | Civil Action No.: 25-345<br><br><br><br>**ORDER** |

This matter comes before the Court by way of Magistrate Judge Leda D. Wettre's Report and Recommendation that this action be remanded to the Superior Court of New Jersey, Middlesex County for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). ECF No. 14. No objections have been filed thereto. The Court has considered the history of, and submissions made in, this case, as well as Judge Wettres's Report and Recommendation, and for substantially the same reasons stated therein,

**IT IS** on this 11th day of July, 2025,

**ORDERED** that this Court adopts Judge Wettre's June 16, 2025, Report and Recommendation that this action be remanded to the Superior Court of New Jersey pursuant to 28 U.S.C. § 1447(c); and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED**.

*/s/ Claire C. Cecchi*
_____
**HON. CLAIRE C. CECCHI**
**United States District Judge**